# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0388.  TERRANCE ONEAL MATHIS v. THE STATE.**

On April 12, 2013, Terrance Mathis filed an application for discretionary appeal of a June 28, 2012 trial court order denying his motion for preliminary hearing, notice for appointment of counsel, and production order.[1]  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."  *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because Mathis's application was filed outside the 30-day period, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.  Mathis's "Motion for Objective" is hereby DENIED as MOOT.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.

---

[1] The case was originally filed in the Supreme Court, which transferred it to this Court.